UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00525-MOC

| TONY CLARK, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| FNU STAFFORD, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Tony Clark, Jr., ("Plaintiff") filed this action on June 3, 2024, pursuant to 42 U.S.C. § 1983. [Doc. 1]. On initial review of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from August 7, 2024, to amend his Complaint in accordance with the terms of the Court's Order. [Doc. 3]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 6].

More than 30 days have passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

Signed: October 4, 2024

Max O. Cogburn Jr.
United States District Judge